**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 170 DB 2022 (No. 14 RST 2023) |
| | : | |
| STEPHEN BRIAN SIMEK | : | Attorney Registration No. 205248 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM ADMINISTRATIVE SUSPENSION | : | (Allegheny County) |

**O R D E R**

**PER CURIAM**

    **AND NOW**, this 23rd day of February, 2023, the Report and Recommendation of Disciplinary Board Member dated February 9, 2023, is approved and it is ORDERED that STEPHEN BRIAN SIMEK, who has been on Administrative Suspension, has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.